ISABEL ORTIZ, ETC., Plaintiff and Appellant, v. PEOPLE OF PUERTO RICO, Defendant and Appellee.

No. 5643. Argued December 8, 1931.—Decided November 30, 1932.

*García Méndez & García Méndez* and *J. Veray, Jr.,* for appellant.
*Charles E. Winter, Attorney General (James R. Beverley* on the
brief), and *T. Torres Pérez, Assistant Attorney General,* for
appellee.

Mr. Justice Hutchison delivered the opinion of the Court.

This is an action for damages alleged to have been caused
by the negligence of a truck driver employed by the Govern-
ment of Puerto Rico while in charge of a truck belonging to
the People of Puerto Rico. The district court sustained the
demurrer to the complaint for want of facts sufficient to con-
stitute a cause of action and thereafter, at the instance of
plaintiff, dismissed the action.

Subdivision (*a*) of section 1 of an Act approved April 13,
1916 (Session Laws, p. 152), authorizing the district courts of
Puerto Rico to entertain suits against the People of Puerto
Rico in certain cases specified:

"Actions for damages based upon contracts entered into after this
Act takes effect."

As amended in 1928 (Session Laws, p. 130) this subdivision
now reads "Actions for damages." By this enactment the
People of Puerto Rico consented to be sued in certain cases
where there was a cause of action under the law already in
force. The amendment of 1928 did not create any new cause
of action. It was a waiver of immunity from any action to
enforce an existing liability, not a waiver of immunity in
cases where there was no legal liability upon which to base
an action. See 36 Cyc. 915; *Saurí & Subirá* v. *Sepúlveda,*
25 P.R.R. 224; and *Austin W. Jones Co.* v. *State,* 119 Atl.
577.

By the terms of section 1804 of the Civil Code (1803 of
the Revision of 1930) the People of Puerto Rico are not liable
for torts except when committed by a special agent. Appel-
lant does not contend that the truck driver in the instant

case was a special agent. The facts stated in the complaint point to a contrary conclusion.

The judgment appealed from must be affirmed.

Mr. Justice Wolf dissented.

Mr. Justice Córdova Dávila took no part in the decision of this case.